GLENN MOZELESKI *v.* FRANK THOMAS, JR., ET AL.

*Jeffrey D. Cedarfield,* in support of the petition.

*Timothy S. Jajliardo, Peter J. Ponziani, Andrew J. O'Keefe* and *Joseph M. Busher, Jr.,* in opposition.

Decided May 28, 2003

JOSEPH E. CELENTANO ET AL. *v.*
IRA B. GRUDBERG ET AL.

PALMER, J., did not participate in the consideration or decision of this petition.

*John R. Williams,* in support of the petition.

*Ira B. Grudberg, Trisha Morris Porto* and *David A. Leff,* in opposition.

Decided May 28, 2003

VANCE JOHNSON *v.* COMMISSIONER OF
CORRECTION

*Joseph Visone,* special public defender, in support of the petition.

*James M. Ralls*, assistant state's attorney, in opposition.

Decided May 28, 2003

GILBERT R. GAUVIN *v*. RALPH MARCARELLI

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*John R. Williams*, in support of the petition.

*Paul E. Pollock* and *Linda D. D'Albis*, in opposition.

Decided May 28, 2003

DEE C. CHESHIRE *v*. EUSTACE H. LEWIS, JR., ET AL.

*Eustace H. Lewis, Jr.*, pro se, in support of the petition.

*Jane Cable*, in opposition.

Decided June 4, 2003

KAREN TRACY *v*. ALLSTATE INSURANCE COMPANY